# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY
## CAMDEN DIVISION

| | |
|---|---|
| In re | ) Chapter 13 |
| Jimmie R. Robinson and | ) Case No. 18-28153-JNP |
| Geraldine Robinson, | ) |
| Debtor(s) | ) BANKRUPTCY JUDGE |
| | ) JERROLD N POSLUSNY |

## REQUEST OF PAGETT LAW GROUP AS CO-COUNSEL
## FOR SERVICE OF NOTICES PURSUANT TO FED. R. BANKR. P. 2002(g)

PLEASE TAKE NOTICE that NewRez LLC d/b/a Shellpoint Mortgage Servicing, as authorized agent for THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS INC., ASSET-BACKED CERTIFICATES, SERIES 2006-24, a creditor in the above-captioned chapter 13 case, requests, pursuant to Rules 2002 and 9007 of the Federal Rules of Bankruptcy Procedure (the Bankruptcy Rules) and sections 102(1), 342 and 1109(b) of title 11 of the United States Code, 11 U.S.C. §§ 101, et seq. (as amended, the Bankruptcy Code), that all notices given or required to be given and all papers served or required to be served in this case be also given to and served, whether electronically or otherwise, on:

Joshua I. Goldman, Esq.
*Supervising Attorney*
6267 Old Water Oak Road, Ste. 203
Tallahassee, FL 32312
(850) 422-2520 Office Ext. 7060
(850) 422-2567 Fax
Josh.Goldman@padgettlawgroup.com

Dated:
December 23, 2021

By: /s/ Joshua I. Goldman
Joshua I. Goldman, Esq.
*Supervising Attorney*
6267 Old Water Oak Road, Ste. 203
Tallahassee, FL 32312
(850) 422-2520 Office Ext. 7060
(850) 422-2567 Fax
Josh.Goldman@padgettlawgroup.com