Printed on: 12/31/2021  
ISABEL C. BALBOA [*ICB-99001-00*]

Page 1 of 2

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
For the period of 01/01/2021 to 12/31/2021  
**Case Number: 18-28153 (JNP)**

Jimmie R. Robinson and Geraldine Robinson  
691 Fava Drive  
Vineland, NJ  08360

Monthly Payment: $512.00  
Payments / Month: 1  
Current Trustee Comp.: 8.40%

**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 01/20/2021 | $512.00 | 02/09/2021 | $512.00 | 03/02/2021 | $512.00 | 04/05/2021 | $512.00 |
| 05/04/2021 | $512.00 | 05/27/2021 | $512.00 | 07/06/2021 | $512.00 | 08/05/2021 | $512.00 |
| 08/30/2021 | $512.00 | 09/28/2021 | $512.00 | 11/02/2021 | $512.00 | 12/06/2021 | $512.00 |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | JIMMIE R. ROBINSON | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | SEYMOUR WASSERSTRUM, ESQUIRE | 13 | $4,060.00 | $4,060.00 | $0.00 | $467.42 |
| 1 | NEW REZ, LLC | 24 | $3,896.36 | $1,996.84 | $1,899.52 | $950.29 |
| 2 | LVNV FUNDING, LLC | 33 | $18,993.32 | $0.00 | $0.00 | $0.00 |
| 3 | CAPITAL ONE BANK USA, N.A. | 33 | $1,015.78 | $0.00 | $0.00 | $0.00 |
| 4 | CITY OF VINELAND | 28 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5 | LVNV FUNDING, LLC | 33 | $2,639.76 | $0.00 | $0.00 | $0.00 |
| 6 | LVNV FUNDING, LLC | 33 | $1,456.85 | $0.00 | $0.00 | $0.00 |
| 7 | DEPARTMENT OF THE TREASURY | 28 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8 | DEPARTMENT OF THE TREASURY | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9 | DEPARTMENT OF THE TREASURY | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10 | MARINER FINANCE, LLC | 24 | $13,927.80 | $8,274.25 | $5,653.55 | $2,909.35 |
| 11 | MARINER FINANCE, LLC | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12 | OFFICE OF ATTORNEY GENERAL | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 13 | PLYMOUTH ROCK ASSURANCE | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 14 | SEARS/CBNA | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 15 | NATIONSTAR MORTGAGE, LLC | 24 | $5,459.66 | $2,798.02 | $2,661.64 | $1,331.56 |
| 16 | STATE OF NEW JERSEY | 28 | $0.00 | $0.00 | $0.00 | $0.00 |
| 17 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $4,234.90 | $0.00 | $0.00 | $0.00 |
| 18 | THE HOME DEPOT/CBNA | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 19 | OFFICE OF THE U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 20 | GERALDINE ROBINSON | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 21 | ISABEL C. BALBOA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 22 | SEYMOUR WASSERSTRUM | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 23 | CAPITAL ONE BANK USA, N.A. | 33 | $1,011.13 | $0.00 | $0.00 | $0.00 |
| 24 | PNC BANK, N.A. | 33 | $4,801.79 | $0.00 | $0.00 | $0.00 |
| 25 | PNC BANK, N.A. | 33 | $2,970.66 | $0.00 | $0.00 | $0.00 |
| 26 | THE HOME DEPOT/CBNA | 33 | $0.00 | $0.00 | $0.00 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 27 | AMERICAN INFOSOURCE, LP | 33 | $305.12 | $0.00 | $0.00 | $0.00 |

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 10/01/2018 | 2.00 | $0.00 |
| 12/01/2018 | Paid to Date | $1,230.00 |
| 01/01/2019 | 57.00 | $512.00 |
| 10/01/2023 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $6,144.00 |
| Total paid to creditors this period: | $5,658.62 |
| Undistributed Funds on Hand: | $468.99 |
| Arrearages: | $502.00 |
| Attorney: | SEYMOUR WASSERSTRUM, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**