Rob Saltzman, Esquire
**PLUESE, BECKER & SALTZMAN, LLC**
Attorneys At Law
RS1765
20000 Horizon Way, Suite 900
Mt. Laurel, NJ 08054-4318
(856) 813-1700
Attorneys for the Mortgagee
File No. 098699B

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| **In re:** | : | **CASE NO. 18-28153-JNP** |
|  | : | **CHAPTER 13** |
| Jimmie R. Robinson |  |  |
| Geraldine Robinson | : | **ENTRY OF APPEARANCE AND REQUEST FOR SERVICE** |
| Debtors | : | **OF NOTICES, PLEADINGS, ETC.** |
|  | : |  |

Please take notice that the undersigned hereby enters appearance in the above-captioned matter on behalf of the secured creditor, J.P. Morgan Mortgage Acquisition Corp., and that, pursuant to Rule 2002(g), secured creditor hereby requests that all Notices, Pleadings and any other documents pertaining to this case be sent to both of the following addresses:

PLUESE, BECKER & SALTZMAN, LLC
20000 Horizon Way, Suite 900
Mt. Laurel, NJ 08054-4318

/s/ Rob Saltzman
Rob Saltzman, Esquire
Attorney for Secured Creditor,
J.P. Morgan Mortgage Acquisition Corp.

DATED: February 25, 2022

J.P. Morgan Mortgage Acquisition Corp.
c/o
Rushmore Loan Management Services
P.O. Box 55004
Irvine, CA 92619-2708