UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Pincus Law Group, PLLC
ssmith@pincuslaw.com
Sherri J. Smith, Esquire
425 RXR Plaza
Uniondale, NY 11556
(516) 699-8902
ATTORNEYS FOR NewRez LLC d/b/a Shellpoint Mortgage Servicing as servicer for THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS INC., ASSET-BACKED CERTIFICATES, SERIES 2006-24

In Re:

Jimmie R. Robinson and Geraldine Robinson

DEBTORS

Case No.: 18-28153

Chapter: 13

Hearing Date: 10/11/2022

Judge: JNP

**STATUS CHANGE FORM**

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled     ☐ Withdrawn

Matter: Motion for Relief from Stay Doc 54.

_____

Date: 10/10/2022

/s/ Sherri J. Smith
Signature

*rev.8/1/15*