UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Order Filed on October 21, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**Pincus Law Group, PLLC**
ssmith@pincuslaw.com
Sherri J. Smith, Esquire
425 RXR Plaza
Uniondale, NY 11556
(516) 699-8902
ATTORNEYS FOR NewRez LLC d/b/a Shellpoint
Mortgage Servicing as servicer for THE BANK OF
NEW YORK MELLON FKA THE BANK OF NEW
YORK, AS TRUSTEE FOR THE
CERTIFICATEHOLDERS OF THE CWABS INC.,
ASSET-BACKED CERTIFICATES, SERIES 2006-24

In Re:

    Jimmie R. Robinson and Geraldine Robinson

DEBTORS

Case No.:    **18-28153**

Chapter:    13

Hearing Date:    9/20/22

Judge:    JNP

Recommended Local Form    ☑ Followed    ☐ Modified

AMENDED

**ORDER RESOLVING MOTION TO VACATE STAY
AND/OR MOTION TO DISMISS
WITH CONDITIONS**

The relief set forth on the following pages, numbered two (2) through four (4) is ORDERED.

DATED: October 21, 2022

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Applicant:    <u>NewRez LLC d/b/a Shellpoint Mortgage Servicing as servicer for THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS INC., ASSET-BACKED CERTIFICATES, SERIES 2006-24</u>

Applicant's Counsel:    <u>Sherri J. Smith/Pincus Law Group, PLLC</u>

Debtor's Counsel:    <u>Seymour Wasserstrum, Esq</u>

Property Involved ("Collateral"):    <u>406 West Laurel Street, Vineland, NJ 08360</u>

Relief sought:    ☒    Motion for relief from the automatic stay

☐    Motion to dismiss

☐    Motion for prospective relief to prevent imposition of automatic stay against the collateral by debtor's future bankruptcy filings

For good cause shown, it is **ORDERED** that Applicant's Motion(s) is (are) resolved, subject to the following conditions:

1.    Status of post-petition arrearages:

☒    The Debtor is overdue for <u>4</u> months, from <u>06/01/2022</u> to <u>09/01/2022</u>

☒    The Debtor is overdue for <u>4</u> payments at $975.41 per month.

☐    The Debtor is assessed for_____late charges at $_____per month.

☒    Applicant acknowledges receipt of suspense funds in the amount of $<u> 561.78</u>

Total Arrearages Due <u>$3,339.86</u>

2.    Debtor must cure all post-petition arrearages, as follows:

☐    Immediate payment shall be made in the amount of _____. Payment shall be made no later than _____.

☒    Beginning on <u>10/01/2022</u>, regular monthly mortgage payments shall continue to be made in the amount of <u>$975.41.</u>

☒    Beginning on <u>10/1/2022</u>, additional monthly cure payments shall be made in the amount of $<u>278.32</u> for <u>11</u> months and one (1) final cure payment due on <u>September 1, 2023</u> in the amount of <u>$278.34</u>.

☐   The amount of $_____ shall be capitalized in the debtor's Chapter 13 plan. If required by the Chapter 13 Trustee, Debtor shall amend his plan to provide for the post-petition arrears.

3.     Payments to the Secured Creditor shall be made to the following address(es):

☒   Immediate payment:     NewRez LLC d/b/a Shellpoint Mortgage Servicing

P.O. Box 10826

Greenville, SC 29603

☒   Regular monthly payment:     NewRez LLC d/b/a Shellpoint Mortgage Servicing

P.O. Box 10826

Greenville, SC 29603

☐   Monthly cure payment:     NewRez LLC d/b/a Shellpoint Mortgage Servicing

P.O. Box 10826

Greenville, SC 29603

4.     In the event of Default:

☒   If the Debtor fails to make the immediate payment specified above or fails to make any regular monthly payment or the additional monthly cure payment within thirty (30) days of the date the payments are due, then the Secured Creditor may obtain an Order Vacating the Automatic Stay as to the Collateral by filing, with the Bankruptcy Court, a Certification specifying the Debtor's failure to comply with this Order. At the time the Certification is filed with the court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtor, and the Debtor's attorney.

☐   If the bankruptcy case is dismissed, or if the automatic stay is vacated, the filing of a new bankruptcy case will not act to impose the automatic stay against the Secured Creditor's opportunity to proceed against its Collateral without further Order of the Court.

3

5.      Award of Attorneys' Fees:

☒   The Applicant is awarded attorneys fees of $550.00, and costs of $ 188.00.

     The fees and costs are payable:

          ☒ through the Chapter 13 plan.

          ☐ to the Secured Creditor within_____days.

☐   Attorneys' fees are not awarded.

*rev.8/1/15*