| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
|---|---|
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>**Pincus Law Group, PLLC**<br>ssmith@pincuslaw.com<br>Sherri J. Smith, Esquire<br>425 RXR Plaza<br>Uniondale, NY 11556<br>(516) 699-8902<br>ATTORNEYS FOR NewRez LLC d/b/a Shellpoint Mortgage Servicing as servicer for THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS INC., ASSET-BACKED CERTIFICATES, SERIES 2006-24 | Order Filed on October 21, 2022<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>Jimmie R. Robinson and Geraldine Robinson<br><br>DEBTORS | Case No.: 18-28153<br>Chapter: 13<br>Hearing Date: 9/20/22<br>Judge: JNP |
| Recommended Local Form   ☑ Followed   ☐ Modified | |

AMENDED

## ORDER RESOLVING MOTION TO VACATE STAY AND/OR MOTION TO DISMISS WITH CONDITIONS

The relief set forth on the following pages, numbered two (2) through four (4) is ORDERED.

DATED: October 21, 2022

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Applicant: NewRez LLC d/b/a Shellpoint Mortgage Servicing as servicer for THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS INC., ASSET-BACKED CERTIFICATES, SERIES 2006-24

Applicant's Counsel: Sherri J. Smith/Pincus Law Group, PLLC

Debtor's Counsel: Seymour Wasserstrum, Esq

Property Involved ("Collateral"): 406 West Laurel Street, Vineland, NJ 08360

Relief sought:
- ☒ Motion for relief from the automatic stay
- ☐ Motion to dismiss
- ☐ Motion for prospective relief to prevent imposition of automatic stay against the collateral by debtor's future bankruptcy filings

For good cause shown, it is **ORDERED** that Applicant's Motion(s) is (are) resolved, subject to the following conditions:

1. Status of post-petition arrearages:

    ☒ The Debtor is overdue for 4 months, from 06/01/2022 to 09/01/2022

    ☒ The Debtor is overdue for 4 payments at $975.41 per month.

    ☐ The Debtor is assessed for ____ late charges at $____ per month.

    ☒ Applicant acknowledges receipt of suspense funds in the amount of $ 561.78.

    Total Arrearages Due  $3,339.86

2. Debtor must cure all post-petition arrearages, as follows:

    ☐ Immediate payment shall be made in the amount of _____. Payment shall be made no later than _____.

    ☒ Beginning on 10/01/2022, regular monthly mortgage payments shall continue to be made in the amount of $975.41.

    ☒ Beginning on 10/1/2022, additional monthly cure payments shall be made in the amount of $ 278.32 for 11 months and one (1) final cure payment due on September 1, 2023 in the amount of $278.34.

☐    The amount of $_____ shall be capitalized in the debtor's Chapter 13 plan. If required by the Chapter 13 Trustee, Debtor shall amend his plan to provide for the post-petition arrears.

3.    Payments to the Secured Creditor shall be made to the following address(es):

    ☒    Immediate payment:     NewRez LLC d/b/a Shellpoint Mortgage Servicing

                                                                   P.O. Box 10826

                                                                   Greenville, SC 29603

    ☒    Regular monthly payment:     NewRez LLC d/b/a Shellpoint Mortgage Servicing

                                                                      P.O. Box 10826

                                                                      Greenville, SC 29603

    ☐    Monthly cure payment:     NewRez LLC d/b/a Shellpoint Mortgage Servicing

                                                                    P.O. Box 10826

                                                                   Greenville, SC 29603

4.    In the event of Default:

☒  If the Debtor fails to make the immediate payment specified above or fails to make any regular monthly payment or the additional monthly cure payment within thirty (30) days of the date the payments are due, then the Secured Creditor may obtain an Order Vacating the Automatic Stay as to the Collateral by filing, with the Bankruptcy Court, a Certification specifying the Debtor's failure to comply with this Order. At the time the Certification is filed with the court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtor, and the Debtor's attorney.

☐  If the bankruptcy case is dismissed, or if the automatic stay is vacated, the filing of a new bankruptcy case will not act to impose the automatic stay against the Secured Creditor's opportunity to proceed against its Collateral without further Order of the Court.

5. Award of Attorneys' Fees:

☒ The Applicant is awarded attorneys fees of $550.00, and costs of $ 188.00.

The fees and costs are payable:

☒ through the Chapter 13 plan.

☐ to the Secured Creditor within _____ days.

☐ Attorneys' fees are not awarded.

*rev.8/1/15*

4

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 18-28153-JNP |
| Jimmie R. Robinson | Chapter 13 |
| Geraldine Robinson | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Oct 21, 2022 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol       Definition**

+       Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 23, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Jimmie R. Robinson, Geraldine Robinson, 691 Fava Dr., Vineland, NJ 08360-6453 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 23, 2022        Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 21, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Elizabeth K. Holdren | |
| | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing as servicer for The Bank of New York Mellon f/k/a The Bank of New York as Trustee for the Certificateholders of the CWABS Inc., Asset-Backed Certificate eholdren@hillwallack.com, jhanley@hillwallack.com;hwbknj@hillwallack.com;eholdren@ecf.courtdrive.com |
| Isabel C. Balboa | |
| | ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| John R. Morton, Jr. | |
| | on behalf of Creditor Mariner Finance LLC ecfmail@mortoncraig.com  mortoncraigecf@gmail.com |
| Joshua I. Goldman | |
| | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing as servicer for The Bank of New York Mellon f/k/a The Bank of New York as Trustee for the Certificateholders of the CWABS Inc., Asset-Backed Certificate josh.goldman@padgettlawgroup.com, bkgroup@kmllawgroup.com |

Case 18-28153-JNP    Doc 62    Filed 10/23/22    Entered 10/24/22 00:14:40    Desc Imaged
Certificate of Notice    Page 6 of 6

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 2 of 2 |
| Date Rcvd: Oct 21, 2022 | Form ID: pdf903 | Total Noticed: 1 |

| | |
|---|---|
| Julie Cascino | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper jcascino@grosspolowy.com ecfnotices@grosspolowy.com |
| Lynn Therese Nolan | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper ecfnotices@grosspolowy.com, lnolan@grosspolowy.com |
| Lynn Therese Nolan | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper ecfnotices@grosspolowy.com lnolan@grosspolowy.com |
| Maria Cozzini | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing as servicer for The Bank of New York Mellon f/k/a The Bank of New York as Trustee for the Certificateholders of the CWABS Inc., Asset-Backed Certificate mcozzini@sternlav.com |
| Maria D. Ramos-Persaud | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper mramos-persaud@grosspolowy.com ecfnotices@grosspolowy.com |
| Melissa N. Licker | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper mlicker@hillwallack.com, HWBKnewyork@ecf.courtdrive.com |
| Nicole B. LaBletta | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing as servicer for The Bank of New York Mellon f/k/a The Bank of New York as Trustee for the Certificateholders of the CWABS Inc., Asset-Backed Certificate nlabletta@lablettawalters.com, tharalla@lablettawalters.com |
| Nicole B. LaBletta | on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWABS INC., ASSET-BACKED CERTIFICATES, SERIES 2006-24 nlabletta@lablettawalters.com, tharalla@lablettawalters.com |
| Robert P. Saltzman | on behalf of Creditor Seterus Inc., authorized subservicer for Federal National Mortgage Association ("Fannie Mae"), a corporation organized and existing under the laws of the United States of America dnj@pbslaw.org |
| Robert P. Saltzman | on behalf of Creditor J.P. Morgan Mortgage Acquisition Corp. dnj@pbslaw.org |
| Seymour Wasserstrum | on behalf of Joint Debtor Geraldine Robinson mylawyer7@aol.com ecf@seymourlaw.net;r47769@notify.bestcase.com |
| Seymour Wasserstrum | on behalf of Debtor Jimmie R. Robinson mylawyer7@aol.com ecf@seymourlaw.net;r47769@notify.bestcase.com |
| Sherri Jennifer Smith | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing as servicer for The Bank of New York Mellon f/k/a The Bank of New York as Trustee for the Certificateholders of the CWABS Inc., Asset-Backed Certificate ssmith@pincuslaw.com, brausch@pincuslaw.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 18