UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Seymour Wasserstrum, SW2734
Law Offices of Seymour Wasserstrum
205 W. Landis Avenue
Vineland, New Jersey 08360
Phone: (856) 696-8300
Fax: (856) 696-3586
Attorney for Debtor

In Re:

Jimmie Robinson
Geradine Robinson

Case No.: 18-28153

Adv. No.: 

Chapter: 13

Hearing Date: June 13, 2023

Judge: JNP

## ADJOURNMENT REQUEST FOR CHAPTER 13

1. I, __Seymour Wasserstrum__,

   ☒ am the attorney for: __Jimmie & Geraldine Robinson__

   ☐ am self-represented

   Phone number: __856-696-8300__

   Email address: __mylawyer7@aol.com__

2. I request an adjournment of the following hearing:

   Matter: __Motion for Relief from Stay__

   Current hearing date and time: __June 13, 2023 @ 11:00 am__

   New date requested: __June 27, 2023 @ 11:00 am__

   Reason for adjournment request: __Debtor's Attorney will be on vactaion from June 12, 2023 through to June 26, 2023__

3.     I request an adjournment of confirmation:

      Current confirmation date and time: _____

      New date requested: _____

      Reason for adjournment request: _____

      _____

      Confirmation has been adjourned _____ previous times

      Trustee payments are current through _____

      The meeting of creditors under § 341(a) of the Code ☐ was conducted ☐ was not conducted

4.     Consent to adjournment:

      ☒ I have the consent of all parties.    ☐ I do not have the consent of all parties (explain below): _____

      _____

      _____

I certify under penalty of perjury that the foregoing is true.

Date: June 7, 2023                          /s/Seymour Wasserstrum
                                                 Signature

**Pursuant to D.N.J. LBR 5071-1(b) an adjournment
request must be made not later than 3 days before the hearing.**

**NOTE: THIS FORM MUST BE SUBMITTED TO THE CHAPTER 13 TRUSTEE, AND IS NOT REQUIRED WHEN SEEKING THE ADJOURNMENT OF A 341(a) MEETING OF CREDITORS.**

**OFFICIAL USE ONLY:**

The request for adjournment is:

☒ Granted                 New hearing date: 6/27/2023 at 11am        ☐ Peremptory

☐ Granted over objection(s)    New hearing date: _____        ☐ Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

                                                                                                         *rev.10/1/15*