Form clsnodsc − ntcclsnodis

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 18−28153−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Jimmie R. Robinson
691 Fava Dr.
Vineland, NJ 08360

Geraldine Robinson
691 Fava Dr.
Vineland, NJ 08360

Social Security No.:
xxx−xx−9868                                              xxx−xx−4223

Employer's Tax I.D. No.:

## NOTICE OF DEFICIENCY CONCERNING DISCHARGE

You are hereby notified that the above−named case will be closed without entry of discharge on or after February 23, 2024 for the reason(s) indicated below.

- ☑ Debtor has not filed a **Certification About a Financial Management Course (Official Form 423)** proving compliance with the instructional course requirement for discharge.

- ☑ Joint debtor has not filed a **Certification About a Financial Management Course (Official Form 423)** proving compliance with the instructional course requirement for discharge.

- ☑ Debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

- ☑ Joint debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

The court must receive the above noted document(s) prior to case closing in order to enter a discharge. If the case is closed without entry of the discharge the debtor must file a Motion To Reopen to allow for the filing of same and pay the applicable filing fee.

Dated: January 24, 2024
JAN: lgr

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re: | Case No. 18-28153-JNP |
| Jimmie R. Robinson | Chapter 13 |
| Geraldine Robinson | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Jan 24, 2024 | Form ID: clsnodsc | Total Noticed: 3 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 26, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Jimmie R. Robinson, Geraldine Robinson, 691 Fava Dr., Vineland, NJ 08360-6453 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 24 2024 23:19:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 24 2024 23:19:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| Date: Jan 26, 2024 | Signature: | /s/Gustava Winters |
|---|---|---|

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 24, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew B Finberg | ecfmail@standingtrustee.com |
| Elizabeth K. Holdren | |

Case 18-28153-JNP    Doc 78    Filed 01/26/24    Entered 01/27/24 00:17:04    Desc Imaged
Certificate of Notice    Page 3 of 3

| District/off: 0312-1 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jan 24, 2024 | Form ID: clsnodsc | Total Noticed: 3 |

on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing as servicer for The Bank of New York Mellon f/k/a The Bank of New York  as Trustee for the Certificateholders of the CWABS Inc., Asset-Backed Certificate eholdren@hillwallack.com, jhanley@hillwallack.com;hwbknj@hillwallack.com;eholdren@ecf.courtdrive.com;kgardiner@HillWallack.com

Isabel C. Balboa
on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com

John R. Morton, Jr.
on behalf of Creditor Mariner Finance LLC ecfmail@mortoncraig.com mortoncraigecf@gmail.com

Joshua I. Goldman
on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing as servicer for The Bank of New York Mellon f/k/a The Bank of New York  as Trustee for the Certificateholders of the CWABS Inc., Asset-Backed Certificate josh.goldman@padgettlawgroup.com, bkgroup@kmllawgroup.com

Julie Cascino
on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper jcascino@grosspolowy.com ecfnotices@grosspolowy.com

Lynn Therese Nolan
on behalf of Creditor Nationstar Mortgage  LLC d/b/a Mr. Cooper LynnNolan@SilvermanGroup.net, lnolan@grosspolowy.com

Lynn Therese Nolan
on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper LynnNolan@SilvermanGroup.net  lnolan@grosspolowy.com

Maria Cozzini
on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing as servicer for The Bank of New York Mellon f/k/a The Bank of New York  as Trustee for the Certificateholders of the CWABS Inc., Asset-Backed Certificate mcozzini@sternlav.com

Maria D. Ramos-Persaud
on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper mramos-persaud@grosspolowy.com ecfnotices@grosspolowy.com

Melissa N. Licker
on behalf of Creditor Nationstar Mortgage  LLC d/b/a Mr. Cooper mlicker@hillwallack.com, HWBKnewyork@ecf.courtdrive.com

Nicole B. LaBletta
on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK  AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWABS INC., ASSET-BACKED CERTIFICATES, SERIES 2006-24 nlabletta@lablettawalters.com, tharalla@lablettawalters.com

Nicole B. LaBletta
on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing as servicer for The Bank of New York Mellon f/k/a The Bank of New York  as Trustee for the Certificateholders of the CWABS Inc., Asset-Backed Certificate nlabletta@lablettawalters.com, tharalla@lablettawalters.com

Robert P. Saltzman
on behalf of Creditor Seterus  Inc., authorized subservicer for Federal National Mortgage Association ("Fannie Mae"), a corporation organized and existing under the laws of the United States of America dnj@pbslaw.org

Robert P. Saltzman
on behalf of Creditor J.P. Morgan Mortgage Acquisition Corp. dnj@pbslaw.org

Seymour Wasserstrum
on behalf of Joint Debtor Geraldine Robinson mylawyer7@aol.com ecf@seymourlaw.net;r47769@notify.bestcase.com

Seymour Wasserstrum
on behalf of Debtor Jimmie R. Robinson mylawyer7@aol.com ecf@seymourlaw.net;r47769@notify.bestcase.com

Sherri Jennifer Smith
on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing as servicer for The Bank of New York Mellon f/k/a The Bank of New York  as Trustee for the Certificateholders of the CWABS Inc., Asset-Backed Certificate ssmith@pincuslaw.com, amautz@pincuslaw.com

U.S. Trustee
USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 19