**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Jimmie R. Robinson<br>First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–9868<br>EIN  __–_____ |
| Debtor 2<br>(Spouse, if filing) | Geraldine Robinson<br>First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–4223<br>EIN  __–_____ |

United States Bankruptcy Court   District of New Jersey

Case number:   18–28153–JNP

# Order of Discharge                                                                       12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Jimmie R. Robinson                           Geraldine Robinson

2/13/24                                      **By the court:** Jerrold N. Poslusny Jr.
                                                            United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:                                                                                          Case No. 18-28153-JNP
Jimmie R. Robinson                                                                              Chapter 13
Geraldine Robinson
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1                          User: admin                          Page 1 of 4
Date Rcvd: Feb 13, 2024               Form ID: 3180W                   Total Noticed: 41

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ++++ | Addresses marked '++++' were modified by the USPS Locatable Address Conversion System. This system converts rural route numbers to street addresses. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 15, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Jimmie R. Robinson, Geraldine Robinson, 691 Fava Dr., Vineland, NJ 08360-6453 |
| cr | + | Seterus, Inc., authorized subservicer for Federal, P.O. Box 1047, Hartford, CT 06143-1047 |
| cr | + | THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO, Phelan Hallinan & Schmieg, PC, 400 Fellowship Road, Suite 100, Mt. Laurel, NJ 08054-3437 |
| cr | + | The Bank Of New York Mellon Fka The Bank Of New Yo, Phelan Hallinan & Schmieg, PC, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| 517749708 | + | City Of Vineland, 640 E Wood St, Tax Collector, Vineland, NJ 08360-3722 |
| 517749714 | + | Mariner Finance, 3600 East Landis Ave., Vineland, NJ 08361-3001 |
| 518130322 | ++++ | NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER, LYNN T. NOLAN, ESQ, 2500 PLAZA FIVE STE 2548, JERSEY CITY NJ 07311 address filed with court:, Nationstar Mortgage LLC d/b/a Mr. Cooper, Lynn T. Nolan, Esq, 2500 Plaza 5, Suite 2548, Jersey City, NJ 07311 |
| 518129179 | ++++ | NATIONSTAR MORTGAGE, LLC D/B/A MR. COOPER, GROSS POLOWY, LLC, 2500 PLAZA FIVE STE 2548, JERSEY CITY NJ 07311 address filed with court:, Nationstar Mortgage, LLC d/b/a Mr. Cooper, Gross Polowy, LLC, 2500 Plaza 5, Suite 2548, Jersey City, NJ 07311 |
| 517749717 | + | Plymouth Rock Assurance, Po Box 48, Newark, NJ 07101-0048 |
| 517749721 | | Seterus, PO Box 1077, Hartford, CT 06143-1077 |
| 517818695 | + | Seterus, Inc., authorized subservicer for, Federal National Mortgage Association, P.O. Box 1047, Hartford, CT 06143-1047 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Feb 13 2024 21:04:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Feb 13 2024 21:04:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: nsm_bk_notices@mrcooper.com | Feb 13 2024 21:03:00 | J.P. Morgan Mortgage Acquisition Corp., c/o Rushmore Loan Management Services, P.O. Box 55004, Irvine, CA 92619-5004 |
| 517749704 | | EDI: BANKAMER | Feb 14 2024 01:47:00 | Bank of America, PO Box 31785, Tampa, FL 33631-3785 |
| 517749705 | + | Email/PDF: MarletteBKNotifications@resurgent.com | Feb 13 2024 21:07:10 | Best Egg, 4315 Pickett Road, Saint Joseph, MO 64503-1600 |
| 517824192 | | EDI: CAPITALONE.COM | Feb 14 2024 01:47:00 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |

Case 18-28153-JNP    Doc 84    Filed 02/15/24    Entered 02/16/24 00:22:00    Desc Imaged
Certificate of Notice    Page 4 of 6

| District/off: 0312-1 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Feb 13, 2024 | Form ID: 3180W | Total Noticed: 41 |

| | | | | |
|---|---|---|---|---|
| 517749706 | + | EDI: CAPITALONE.COM | Feb 14 2024 01:47:00 | Capital One Bank USA, 10700 Capital One Way, Glen Allen, VA 23060-9243 |
| 517749709 | | Email/PDF: creditonebknotifications@resurgent.com | Feb 13 2024 21:07:47 | Credit One Bank, P.O. Box 98872, Las Vegas, NV 89193-8872 |
| 517749710 | + | Email/PDF: creditonebknotifications@resurgent.com | Feb 13 2024 21:07:15 | Credit One Bank, PO BOX 98873, Las Vegas, NV 89193-8873 |
| 517749713 | | EDI: IRS.COM | Feb 14 2024 01:47:00 | Internal Revenue Service, P.O. Box 744, Special Procedure Branch, Springfield, NJ 07081 |
| 519521652 | | Email/Text: nsm_bk_notices@mrcooper.com | Feb 13 2024 21:03:00 | J.P. Morgan Mortgage Acquisition Corp., c/o, Rushmore Loan Management Services, 15480 Laguna Canyon Rd., Ste. 100, P.O. Box 52708, Irvine, CA 92619-2708 |
| 517985233 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 13 2024 21:07:01 | LVNV Funding LLC, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517985234 | + | Email/PDF: resurgentbknotifications@resurgent.com | Feb 13 2024 21:06:56 | LVNV Funding LLC, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587, LVNV Funding LLC, c/o Resurgent Capital Services 29603-0587 |
| 517871309 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 13 2024 21:07:14 | LVNV Funding, LLC its successors and assigns as, assignee of MHC Receivables, LLC and, FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517788572 | + | Email/Text: bankruptcy@marinerfinance.com | Feb 13 2024 21:03:00 | MARINER FINANCE, LLC, 8211 TOWN CENTER DRIVE, NOTTINGHAM, MD 21236-5904 |
| 518309617 | + | Email/Text: nsm_bk_notices@mrcooper.com | Feb 13 2024 21:03:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, PO Box 619096, Dallas, TX 75261-9741, Nationstar Mortgage LLC d/b/a Mr. Cooper, PO Box 619096, Dallas, TX 75261-9096 |
| 518309616 | + | Email/Text: nsm_bk_notices@mrcooper.com | Feb 13 2024 21:03:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, PO Box 619096, Dallas, TX 75261-9096 |
| 517749716 | ^ | MEBN | Feb 13 2024 20:56:17 | Office Of Attorney General, 25 Market Street, PO Box 112, Richard J Hughes Justice Complex, Trenton, NJ 08625-0112 |
| 517749718 | | Email/Text: Bankruptcy.Notices@pnc.com | Feb 13 2024 21:02:00 | PNC Bank, PO Box 3180, Pittsburgh, PA 15230 |
| 517881179 | | Email/Text: Bankruptcy.Notices@pnc.com | Feb 13 2024 21:02:00 | PNC Bank, N.A., PO Box 94982, Cleveland, OH 44101 |
| 517871128 | | EDI: PRA.COM | Feb 14 2024 01:47:00 | Portfolio Recovery Associates, LLC, c/o Care Credit, POB 41067, Norfolk VA 23541 |
| 517856541 | + | Email/PDF: MarletteBKNotifications@resurgent.com | Feb 13 2024 21:06:52 | SST as servicing agent for BEST EGG, 4315 Pickett Road, Bankruptcy Department, St. Joseph, Missouri 64503-1600 |
| 517749722 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Feb 13 2024 21:02:00 | State Of New Jersey, P.O. Box 245, Dept Of Treasury-Division Of Taxation, Trenton, NJ 08695-0245 |
| 517749720 | | EDI: CITICORP | Feb 14 2024 01:47:00 | Sears/CBNA, PO Box 6282, Sioux Falls, SD 57117-6282 |
| 517749723 | | EDI: SYNC | Feb 14 2024 01:47:00 | Syncb/Care Credit, Po Box 965036, Orlando, FL 32896-5036 |
| 518290369 | + | Email/Text: mtgbk@shellpointmtg.com | Feb 13 2024 21:03:00 | THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO, P.O. Box 10826, Greenville, SC 29603-0826 |
| 518290370 | + | Email/Text: mtgbk@shellpointmtg.com | Feb 13 2024 21:03:00 | THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO, P.O. Box 10826, Greenville, SC 29603-0675, THE BANK OF |

Case 18-28153-JNP   Doc 84   Filed 02/15/24   Entered 02/16/24 00:22:00   Desc Imaged
Certificate of Notice   Page 5 of 6

| District/off: 0312-1 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Feb 13, 2024 | Form ID: 3180W | Total Noticed: 41 |

| Recip ID | | | Date/Time | Name and Address |
|---|---|---|---|---|
| 517868073 | | EDI: BANKAMER | Feb 14 2024 01:47:00 | NEW YORK MELLON FKA THE BANK, P.O. Box 10826, Greenville, SC 29603-0826<br>The Bank of New York Mellon, ET. AL., C/O BANK OF AMERICA, N.A., PO BOX 31785, Tampa, FL 33631-3785 |
| 517749724 | + | EDI: CITICORP | Feb 14 2024 01:47:00 | The Home Depot/CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 517864510 | | EDI: AIS.COM | Feb 14 2024 01:47:00 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 30

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Mariner Finance LLC, 8211 Town Center Dr, Nottingham, MD 21236-5904 |
| 517749707 | *+ | Capital One Bank USA, 10700 Capital One Way, Glen Allen, VA 23060-9243 |
| 517749711 | *+ | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 517749712 | * | Internal Revenue Service, Po Box 725 Special Procedures Fuction, Springfield, NJ 07081 |
| 519521653 | * | J.P. Morgan Mortgage Acquisition Corp., c/o, Rushmore Loan Management Services, 15480 Laguna Canyon Rd., Ste. 100, P.O. Box 52708, Irvine, CA 92619-2708 |
| 517749719 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Bank, PO Box 3180, Pittsburgh, PA 15230 |
| 517749725 | *+ | The Home Depot/CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 517749715 | ##+ | Mariner Finance, 3600 East Landis Ave. Unit 19, Vineland, NJ 08361-3090 |

TOTAL: 0 Undeliverable, 7 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 15, 2024   Signature:   /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 13, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew B Finberg | ecfmail@standingtrustee.com |
| Elizabeth K. Holdren | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing as servicer for The Bank of New York Mellon f/k/a The Bank of New York as Trustee for the Certificateholders of the CWABS Inc., Asset-Backed Certificate eholdren@hillwallack.com, jhanley@hillwallack.com;hwbknj@hillwallack.com;eholdren@ecf.courtdrive.com;kgardiner@HillWallack.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| John R. Morton, Jr. | on behalf of Creditor Mariner Finance LLC ecfmail@mortoncraig.com  mortoncraigecf@gmail.com |

| District/off: 0312-1 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Feb 13, 2024 | Form ID: 3180W | Total Noticed: 41 |

Joshua I. Goldman
    on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing as servicer for The Bank of New York Mellon f/k/a The Bank of New York  as Trustee for the Certificateholders of the CWABS Inc., Asset-Backed Certificate josh.goldman@padgettlawgroup.com, bkgroup@kmllawgroup.com

Julie Cascino
    on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper jcascino@grosspolowy.com  ecfnotices@grosspolowy.com

Lynn Therese Nolan
    on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper LynnNolan@SilvermanGroup.net  lnolan@grosspolowy.com

Lynn Therese Nolan
    on behalf of Creditor Nationstar Mortgage  LLC d/b/a Mr. Cooper LynnNolan@SilvermanGroup.net, lnolan@grosspolowy.com

Maria Cozzini
    on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing as servicer for The Bank of New York Mellon f/k/a The Bank of New York  as Trustee for the Certificateholders of the CWABS Inc., Asset-Backed Certificate mcozzini@sternlav.com

Maria D. Ramos-Persaud
    on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper mramos-persaud@grosspolowy.com ecfnotices@grosspolowy.com

Melissa N. Licker
    on behalf of Creditor Nationstar Mortgage  LLC d/b/a Mr. Cooper mlicker@hillwallack.com, HWBKnewyork@ecf.courtdrive.com

Nicole B. LaBletta
    on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK  AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWABS INC., ASSET-BACKED CERTIFICATES, SERIES 2006-24 nlabletta@lablettawalters.com, tharalla@lablettawalters.com

Nicole B. LaBletta
    on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing as servicer for The Bank of New York Mellon f/k/a The Bank of New York  as Trustee for the Certificateholders of the CWABS Inc., Asset-Backed Certificate nlabletta@lablettawalters.com, tharalla@lablettawalters.com

Robert P. Saltzman
    on behalf of Creditor J.P. Morgan Mortgage Acquisition Corp. dnj@pbslaw.org

Robert P. Saltzman
    on behalf of Creditor Seterus  Inc., authorized subservicer for Federal National Mortgage Association ("Fannie Mae"), a corporation organized and existing under the laws of the United States of America dnj@pbslaw.org

Seymour Wasserstrum
    on behalf of Joint Debtor Geraldine Robinson mylawyer7@aol.com  ecf@seymourlaw.net;r47769@notify.bestcase.com

Seymour Wasserstrum
    on behalf of Debtor Jimmie R. Robinson mylawyer7@aol.com  ecf@seymourlaw.net;r47769@notify.bestcase.com

Sherri Jennifer Smith
    on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing as servicer for The Bank of New York Mellon f/k/a The Bank of New York  as Trustee for the Certificateholders of the CWABS Inc., Asset-Backed Certificate ssmith@pincuslaw.com, amautz@pincuslaw.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 19